UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 11, 2014

MEMO TO COUNSEL RE:  Jacinta Elder v. BMO Harris Bank, et al.
Civil No. JFM-13-3043

Dear Counsel:

I am today entering a memorandum granting the motions to compel arbitration filed by defendants.

My understanding is that there is no arbitration agreement contained in one of the loan agreements as to which Four Oaks Bank & Trust acted as the ODFI.  Accordingly, I would appreciate your advising me on or before April 24, 2014 as to whether you believe I should enter an order for an interlocutory appeal pursuant to Fed. R. Civ. P. 54(b) and/or 28 U.S.C. §1292 or for plaintiff to dismiss her claims, or one of them, against Four Oaks.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge