# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JACINTA ELDER                                                *

Plaintiff


vs.                                    *        Civil Action No. 8:13-cv-03043


BMO HARRIS BANK, N.A. et al.                *

Defendant

\*\*\*\*\*\*

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that (fill in names of **all** parties who are appealing) Jacinta Elder,

_____, plaintiff(s) in the above captioned case, hereby

appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) order

entered in this case on June 5, 2014, (Docket No. 95.) _____


June 25, 2014                                    /s/ Hassan A. Zavareei

Date                                             Signature

                                                 Hassan A. Zavareei

                                                 Name (Print or Type)

                                                 2000 L Street NW Suite 808

                                                 Address

                                                 Washington, DC 20036

                                                 City/State/Zip

                                                 202-973-0900        202-973-0950

                                                 Phone No.                    Fax No.


Notice of Appeal - Civil (Rev. 01/2001)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 25, 2014, a true and correct copy of the

foregoing document was filed and served via the CM/ECF system on all counsel of record.


By: /s/ Hassan A. Zavareei
        Hassan A. Zavareei